v. *Baum,* 15 A D 2d 863.)   Reargument of motion for leave to prosecute appeal in 1959 *coram nobis* proceeding as poor person denied.

■   THE PEOPLE OF THE STATE OF NEW YORK v. SAMUEL MILLER.— Motion for leave to prosecute appeal in *coram nobis* proceeding as a poor person, and for other relief, denied.   Memorandum: *Coram nobis* will not lie under any reasonable construction of the petition.   The matters raised in defendant's petition were fully explored on a direct appeal from the judgment of conviction affirmed by this court (10 A D 2d 796).

■   (A) THE PEOPLE OF THE STATE OF NEW YORK v. ROBERT BURD (Reargument).   (B) THE PEOPLE OF THE STATE OF NEW YORK v. WILLIAM W. NUNEMAKER.   (C) THE PEOPLE OF THE STATE OF NEW YORK ex rel. PABLO PRADO v. WALTER H. WILKINS, as Warden of Attica Prison.   (D) THE PEOPLE OF THE STATE OF NEW YORK ex rel. WALTER SULLIVAN v. ROBERT E. MURPHY, as Warden of Auburn Prison (Reargument).   (E) THE PEOPLE OF THE STATE OF NEW YORK ex rel. CHARLES WILLIAMS v. WALTER H. WILKINS, as Warden of Attica Prison (Reargument).— [In each case] Motion for leave to prosecute appeal as poor person, and for other relief, denied.

■   THE PEOPLE OF THE STATE OF NEW YORK v. CHARLES LA PLACA.— Motion granted and time for argument of appeal enlarged to include November 1962 Term.

■   THE PEOPLE OF THE STATE OF NEW YORK v. ROBERT E. SCHWACH.— Motion granted, judgment ·of conviction unanimously reversed and new· trial granted.   Memorandum: Because of the death of the court reporter the appellant is unable to procure and present to us a transcript of the testimony.   Therefore an adequate and proper record on appeal cannot be prepared and filed.   The judgment must be reversed and a new trial granted.

■   .THE PEOPLE OF THE STATE OF NEW YORK v. WILLIAM LEON PAUL.— Motion granted to prosecute appeal on original papers, typewritten briefs, and Sam Levy, Esq., assigned as counsel.   Memorandum: We consider this an application in *coram nobis.*

■   THE PEOPLE OF THE STATE OF NEW YORK v. BENNIE SIMMS.— Motion granted to prosecute appeal on original papers and typewritten briefs.   Memorandum: The matters of which the defendant complains are ·completely within his personal knowledge and he does not need counsel.

■   (A) THE PEOPLE OF THE STATE OF NEW YORK v. JOSEPH C. CASILLAS. (Lee Towne Adams, Esq.)   (B) THE PEOPLE OF THE STATE OF NEW YORK v. WILLARD JACKSON. (John W. Bergin, Esq.)   (C) THE PEOPLE OF THE STATE OF NEW YORK v. WILLIAM J. PARKER. (Edgar S. K. Merrell, II, Esq.)   (D) THE PEOPLE OF THE STATE OF NEW YORK v. JOHNNIE SOLOMON. (No counsel.) (E) THE PEOPLE OF THE STATE OF NEW YORK ex rel. HUGH BASIL TILKINS v. WALTER H. WILKINS, as Warden of Attica Prison. (Gerald O. Williams, Esq.) (F) THE PEOPLE OF THE STATE OF NEW YORK v. EDWARD KETWIG. (Vincent Assini,. Esq.)   (G) THE PEOPLE OF THE STATE OF NEW YORK ex rel. LUCIAN BOOKER v. ROBERT E. MURPHY, as Warden of Auburn Prison. (Gary Orenstein, Esq.)   (H) THE PEOPLE OF THE STATE OF NEW YORK v. HAROLD BLISS, JR. (No counsel.)   (I) THE PEOPLE OF THE STATE OF NEW YORK ex rel. ALBERT F. ECKERT v. WALTER H. WILKINS, as Warden of Attica Prison. (William E. McDermott, Esq.)   (J) THE PEOPLE OF THE STATE OF NEW YORK v. ARTON W. NELSON, JR. (Sam Atlas, Esq.) (K) THE PEOPLE OF THE STATE OF NEW YORK v. LEONARD PAUL JARVIS. (George N. Van Fleet, Esq.)   (L) THE PEOPLE OF THE STATE OF NEW YORK v. RICHARD OAKLEY BRYANT. (John S. Ferguson, Esq.) — [In each action] Motion granted to prosecute appeal on original papers, typewritten briefs, and counsel assigned, as indicated.